**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lois Gustafson, Leo Gustafson,

   Plaintiffs,        Civil No. 08-536 (RHK/AJB)

vs.            **DISQUALIFICATION AND**
              **ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Pharmacia & Upjohn Company LLC,
a/k/a Pharmacia & Upjohn, Inc., a/k/a
Pharmacia & Upjohn LLC, Pfizer, Inc.,
Greenstone, Ltd., Barr Laboratories, Inc.,

   Defendants.

  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 27, 2008

               s/Richard H. Kyle
               RICHARD H. KYLE
               United States District Judge